# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

134417

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EDWIN DANTREL MERIDY,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134417
COA: 262371
Berrien CC: 2004-404680-FC

_____/

On order of the Court, the application for leave to appeal the May 15, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

_____
Clerk

s0519